```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**SUSAN MERRILL, individually and
as natural parent and next friend,
DYLAN MERRILL, HANNAH MERRILL and
DANIEL MOORE,**

    **Plaintiffs,**

**v.**   //   **CIVIL ACTION NO. 1:06CV39**
              **(Judge Keeley)**

**GREGG DAVID MCDONALD, LARRY
MCDONALD and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,**

    **Defendants.**

### ORDER APPOINTING GUARDIAN AD LITEM

The plaintiff, Susan Merrill, by counsel, S. Sean Murphy, moves the Court to appoint a *guardian ad litem* to represent Dylan Merrill, Hannah Merrill and Daniel Moore. Upon consideration of the motion, the Court hereby appoints Dana Shay, a discreet and competent attorney and active member of the bar of this Court to serve in the capacity of *guardian ad litem* to represent the interests of Dylan Merrill, Hannah Merrill and Daniel Moore and **GRANTS** said *guardian ad litem* such authority as is needed to protect their interests in this litigation and at the infant settlement proceeding to be held on **September 28, 2007 at 3:30 p.m.** at the **Clarksburg, West Virginia** point of holding court.

The Clerk is directed to transmit copies of this Order to counsel of record and to Dana R. Shay, Esquire, the *guardian ad*

*litem*, at 211 Adams Street, Fairmont, West Virginia, 26554-2834.

DATED: September 11, 2007

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE