IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SUSAN MERRILL, individually and
as natural parent and next friend,
DYLAN MERRILL, HANNAH MERRILL and
DANIEL MOORE,

    Plaintiffs,

v. // CIVIL ACTION NO. 1:06CV39
                                (Judge Keeley)

GREGG DAVID MCDONALD, LARRY
MCDONALD and LIBERTY MUTUAL
FIRE INSURANCE COMPANY,

    Defendants.

## ORDER RESCHEDULING INFANT SETTLEMENT PROCEEDING

For reasons appearing to the Court, the infant settlement proceeding previously set for **September 28, 2007 at 3:30 p.m.**, is **RESCHEDULED** for **September 27, 2007 at 1:30 p.m.** at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and to Dana R. Shay, Esquire, the *guardian ad litem*, at 211 Adams Street, Fairmont, West Virginia, 26554-2834.

DATED: September 24, 2007.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE